FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 2 3 2013

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION FILE NO. |
| v. | : 1:12-CR-205-2-ODE-ECS |
| | : |
| KIRK L. FLOYD | : |

ORDER

This criminal case is before the Court on the Report and Recommendation of United States Magistrate Judge E. Clayton Scofield III filed August 27, 2013 [Doc. 153]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Defendant's Motion for Severance be denied insofar as it seeks relief under Rule 14 for prejudicial joinder. The Magistrate Judge states that he will issue another report and recommendation regarding the alleged potential Bruton issue.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby adopted as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, Defendant's Motion for Severance [Doc. 78] is DENIED insofar as it seeks relief under Rule 14 for prejudicial joinder.

SO ORDERED, this 23 day of September, 2013.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE